(HC) Aleman v. Clark et al                                                                                                  Doc. 7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO ALEMAN,

        Petitioner,               No. CIV S-06-1542 GEB DAD P

    vs.

KEN CLARK, Warden, et al.,

        Respondents.            ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis and a request for appointment of counsel.

        At the present time, petitioner is confined in Corcoran, California. By his habeas petition, petitioner attacks a judgment entered by the Los Angeles County Superior Court. While both the district court where petitioner is confined and the district court where he was convicted have jurisdiction over his habeas petition, the witnesses and evidence necessary for the resolution of the petition are more readily available in Los Angeles County. See 28 U.S.C. § 2241(d); Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 499 n.15 (1973). In the furtherance of justice, the petition will be transferred to the district court where petitioner was convicted.

/////

1

Dockets.Justia.com

1       Accordingly, IT IS HEREBY ORDERED that this action is transferred to the United States District Court for the Central District of California.

DATED: July 20, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
alem1542.108